[No. 14588.  In Bank. —December 28, 1891.]

ROBERT GORDAN, PETITIONER, *v.* A. J. BUCKLES,
JUDGE OF THE SUPERIOR COURT OF SOLANO COUNTY,
RESPONDENT.

PROHIBITION. — CONTEMPT — ORDER TO SHOW CAUSE IN PERSON — AP-
PEARANCE BY ATTORNEY — JURISDICTION. — A writ of prohibition will
lie to prevent a superior judge from proceeding to hear and determine a
charge of an alleged contempt committed by the petitioner by not ap-
pearing *in person* in response to an order to show cause in person why he
should not be punished for contempt in failing and refusing to obey a
previous order of the court, he having appeared by attorney for the pur-
pose of showing cause by sworn answer and affidavits. That part of the
order commanding him to appear in person being beyond the power of
the court to make, there is no jurisdictional basis for the proceeding to
punish him for contempt in not appearing in person.

PROHIBITION from the Supreme Court to the Superior
Court of Solano County. The facts are stated in the
opinion of the court, rendered in the case of *Ex parte
Gordan, ante,* p. 478.

*J. D. Sullivan,* and *James G. Maguire,* for Petitioner.

*Henry I. Kowalsky,* and *T. J. Crowley,* for Respondent.

McFARLAND, J. — This is a petition for a writ of pro-
hibition to restrain the respondent from proceeding to
hear and determine a charge of an alleged contempt com-
mitted by petitioner by not appearing *in person* in the
court of respondent on July 3, 1891, in response to an
order to show cause. The facts are stated in the opin-
ion of this court, this day rendered in *Ex parte Gordan,
ante,* p. 478. The petition contains some matters refer-
ring to the respondent personally, the insertion of which
was a violation of professional propriety by counsel for
petitioner. All of the petition is stricken out except so
much thereof as consists of a bare statement of the facts
necessary to show the character of said order of July 3d,
and the proposed action of the respondent thereunder.

Let a final writ issue prohibiting respondent from
proceeding to punish petitioner for a contempt in not

appearing *in person* before the court of respondent on July 3, 1891.

DE HAVEN, J., GAROUTTE, J., SHARPSTEIN, J., and HARRISON, J., concurred.